ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    christiaan.highsmith@usdoj.gov

Attorneys for the United States of America

**FILED**

Jul 25 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: 3:23-cr-00230 WHA |
| Plaintiff, | MOTION FOR SEALING ORDER |
| v. | **UNDER SEAL** |
| JAIRO TOMAS SANTOS, | |
| Defendant. | |

    The United States, by and through its counsel, Assistant United States Attorney CHRISTIAAN H. HIGHSMITH, moves this Court for an order sealing the government's application for a sealing order, the sealing order, the Indictment, the arrest warrant, and all attachments in the above-referenced investigation. Disclosure of the specified documents might jeopardize the defendant's arrest. The United States requests that the arrest warrant be unsealed after it has been executed.

    Accordingly, the United States requests that the Court seal these documents, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States further requests that the United States Attorney's Office be permitted to share these documents as necessary to comply with its discovery obligations, and with the

/ / /

1  Federal Bureau of Investigation.

3  DATED:  July 25, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Christiaan H. Highsmith*
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney