| | |
|---|---|
| ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney<br><br>THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division<br><br>CHRISTIAAN H. HIGHSMITH (CABN 296282)<br>Assistant United States Attorney<br><br>    450 Golden Gate Avenue, Box 36055<br>    San Francisco, California 94102-3495<br>    Telephone: (415) 436-7200<br>    FAX: (415) 436-7234<br>    christiaan.highsmith@usdoj.gov<br><br>Attorneys for the United States of America | **FILED**<br><br>Jul 25 2023<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JAIRO TOMAS SANTOS,<br><br>   Defendant. | ) ) ) ) ) ) ) ) ) ) ) | NO.: 3:23-cr-00230 WHA<br><br>[PROPOSED] SEALING ORDER<br><br>**UNDER SEAL** |

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the government's application for a sealing order, the sealing order, the Indictment, the arrest warrant, and all attachments in the above-referenced case, shall be filed under seal until further order of the Court, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States Attorney's Office is permitted to share these documents as necessary to comply with its discovery obligations, and with the Federal

/ / /

/ / /

/ / /

/ / /

1  Bureau of Investigation.  The arrest warrant is hereby ordered unsealed after it has been executed.

3  IT IS SO ORDERED.

5  DATED: July  25 , 2023

_____
HON. ALEX G. TSE
United States Magistrate Judge