| DOCUMENTS UNDER SEAL: ☒ | | | | | TOTAL TIME (mins): 15 MINS. | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK: Rose Maher | | | ~~REPORTER~~/~~DIGITAL RECORDING~~: Liberty: 11:01-11:16 | |
| MAGISTRATE JUDGE: Thomas S. Hixson | | DATE: 8/7/2023 | | NEW CASE ☐ | CASE NUMBER: 3:23-cr-00230 WHA | |

### APPEARANCES

| DEFENDANT: Jairo Tomas Santos | AGE: 42 | CUST: Y | P/NP: P | ATTORNEY FOR DEFENDANT: Candis Mitchell | PD. ☒  RET. ☐  APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY: Rob Rees for Christiaan Highsmith | | INTERPRETER: No interpreter needed | | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D: Candis Mitchell, AFPD |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER: Sheri Broussard | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR on Indictment | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS / STATUS TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT held | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY: $ 50,000 unsecured | SPECIAL NOTES | ☒ PASSPORT SURRENDERED DATE: 8/8/2023 |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☒ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT — Post Bail Rpt. | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY to all Cts. and charges | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 8/22/2023 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: 10:30 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS |
| BEFORE HON.: Judge Hixson | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

CC: Angie Muelleman, CRD to Judge Alsup

### ADDITIONAL PROCEEDINGS

Govt. moved to unseal entire case. Court ordered entire case unsealed. DPPA: Advised. Defendant released on Bond: $50,000 unsecured; Defendant Admonished re the conditions of his release and appearance. Defendant to also appear on: 8/22/2023 at 2:00 PM, Status hrg., Judge Alsup, Ctrm. 12, 19th Flr. Counsel moved to Exclude Time under STA for effec. prep of of counsel btwn: 8/7/2023-8/22/2023. Court Ordered time excluded: 8/4/2023-8/22/23  DOCUMENT NUMBER: for effect prep. of counsel/under STA. Def. to meet w/ PTS today after he is release.