**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| TO: | Honorable Thomas S. Hixson<br>U.S. Magistrate Judge | RE: | SANTOS, Jairo Tomas |
| FROM: | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | Docket No.: | 3:23-cr-00230-WHA |
| Date: | 8/22/23 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Vanessa Vargas                                                                  415-436-7523

U.S. Pretrial Services Officer                                            **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☑ I ~~agree with the recommendation of the Pretrial Services Officer and~~ hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

    A.    Defendant must maintain current employment or if unemployed must seek and maintain verifiable employment, or must commence an educational program subject to approval by Pretrial Services. The defendant may seek and maintain volunteering in substitute for employment.

    B.    Defendant must not use alcohol and must not use or possess any narcotic or other controlled substance without a legal prescription

    C.    Defendant must submit to drug and/or alcohol testing as directed by Pretrial Services

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

**JUDICIAL OFFICER**                                                        August 24, 2023
Thomas S. Hixson                                                            **DATE**
U.S. Magistrate Judge